UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

     Plaintiff,

v.                                  Case No: 6:23-cv-2499-JSS-EJK

1448-1490 W. INTL SPEEDWAY
BLVD LLC and 5TH ELEMENT
INDIAN KITCHEN LLC,

     Defendants.
_____/

**ORDER**

     The court has been notified by Plaintiff's Notice of Settlement (Dkt. 15) that the above-styled action has been settled. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

     **ORDERED** in Orlando, Florida on June 24, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record